# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 6, 2018

## NO. 03-17-00363-CV

**Juan Enriquez, Appellant**

**v.**

**Christina Melton Crain, Chair of the Texas Board of Criminal Justice;
Nathaniel Quarterman, Former Director TDCJ;
Brad Livingston, Former Executive Director TDCJ; and
John Rupert, Former Warden of Michael Unit TDCJ, Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on April 27, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.